■ ROBERT H. HARRIS et al., Appellants, v CITY OF GENEVA et al., Respondents. [706 NYS2d 300] —Order unanimously af-

firmed without costs for reasons stated in decision at Supreme Court, Henry, Jr., J. (Appeal from Order of Supreme Court, Ontario County, Henry, Jr., J.—Summary Judgment.) Present—Hayes, J. P., Wisner, Hurlbutt and Kehoe, JJ.